IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:04CR33

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| | ) | |
| JEFFREY INMAN | ) | |
| | ) | |

**THIS MATTER** is before the Court on a handwritten letter sent by the Defendant to the law clerk for the undersigned and a motion to reconsider the sentence imposed in this matter.

The motion to reconsider is denied. The Defendant has filed a notice of appeal from the conviction and sentence imposed by the undersigned. In the letter, the Defendant raises issues related to his direct appeal. As a result of the pending appeal, this Court no longer has jurisdiction to entertain issues arising from this action. Although the letter will be filed in this Court, the Clerk will be directed to forward a copy thereof to the United States Court of Appeals for the Fourth Circuit which now has jurisdiction over this matter.

**IT IS, THEREFORE, ORDERED** that the motion to reconsider is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the letter of June 14, 2005, shall be filed of record and a copy thereof shall be forwarded to the United States Fourth Circuit Court of Appeals.

**Signed: June 16, 2005**

Lacy H. Thornburg
United States District Judge